UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**DEXTER DEANGELO HOLDER #452102**     **CASE NO. 2:24-CV-00211 SEC P**

**VERSUS**     **JUDGE JAMES D. CAIN, JR.**

**KEITH COOLEY ET AL**     **MAGISTRATE JUDGE LEBLANC**

## ORDER

Before the court is a Motion for Recusal [doc. 8] filed by plaintiff Dexter DeAngelo Holder, who is an inmate in the custody of the Louisiana Department of Public Safety and Corrections and has filed a complaint under 42 U.S.C. § 1983 relating to his treatment by personnel at Allen Correctional Center in Kinder, Louisiana.

Mr. Holder argues that he is entitled to de novo review of his case and that reassignment is appropriate to preserve the appearance of justice. The undersigned presided over one of Mr. Holder's previous § 1983 suits in this court, which was dismissed for failure to prosecute after he failed to timely obey an order to amend his complaint following denial of his motion for temporary restraining order. *See Holder v. Cooley*, No. 2:23-cv-334, docs. 25 & 29 (W.D. La. Jan. 26, 2024). Plaintiff now appears to reurge those claims through his new suit. The undersigned has not yet made any determination as to the merits of those claims and at any rate plaintiff is not entitled to reassignment each time he is unsuccessful before a judge within this district.[1]

---

[1] The court notes that plaintiff has also unsuccessfully litigated civil rights claims before three other current or former Article III judges of this district. *See Holder v. Ehbert*, No. 6:07-cv-1206-TLM (W.D. La. Dec. 4, 2007);

Accordingly, **IT IS ORDERED** that the Motion for Recusal [doc. 8] be **DENIED**.

**THUS DONE AND SIGNED** in Chambers on the 5th day of April, 2024.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE

---

*Holder v. LeBlanc*, No. 1:11-cv-698-JTT-JDK (W.D. La. Aug. 30, 2011); *Holder v. Cooley*, No. 6:23-cv-513-RRS-CBW (W.D. La. Jul. 5, 2023).